UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| TOBY G. HAYES, | ) | Civil Action No. 3:19-cv-0881-MGL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| SAFE FEDERAL CREDIT UNION and DARRELL D. MERKEL, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the Court is the Motion to Withdraw as Counsel (ECF No. 28) filed by counsel for Plaintiff pursuant to Local Civil Rule 83.I.07. Attached to the Motion is Plaintiff's consent to his counsel's withdrawal as counsel of record. Defendants filed a Response (ECF No. 31) in which they did not oppose Plaintiff's counsel's withdrawal but asked that counsel remain active in the case until the court resolved their Motion to Enforce Settlement. The Court has now entered a ruling on the Motion to Enforce Settlement. See Order Ruling on Report and Recommendation (ECF No. 55). The Motion to Withdraw as Counsel (ECF No. 28) is **GRANTED**. **Plaintiff will have until August 27, 2020, to retain new counsel and for that counsel to file a Notice of Appearance on behalf of Plaintiff.**

If no Notice of Appearance is filed on Plaintiff's behalf by August 27, 2020, the Court will consider him to be proceeding pro se and Plaintiff will be responsible for prosecuting the claims alleged in his Complaint. If proceeding pro se, Plaintiff will be solely responsible for the prosecution of his claims, which includes abiding by the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Civil Rules for the District of South

-2-

Carolina, as well as all scheduling order deadlines.  Plaintiff is advised that, if he proceeds pro se, he must always keep the Clerk of Court advised in writing (Post Office Box 2317, Florence, South Carolina 29503) if his address changes for any reason, so as to assure that he will receive orders or other matters that specify deadlines to be met.  Counsel for Plaintiff included his last known address and telephone number in his motion.  If the address or telephone number set forth therein is not correct, Plaintiff shall promptly advise the court of the correct information.  An amended scheduling order will be entered on August 28, 2020.  Counsel for Plaintiff is directed to serve him with a copy of this order, and to file proof of service with the court.

    **IT IS SO ORDERED.**

                                               s/Thomas E. Rogers, III
                                              Thomas E. Rogers, III
                                              United States Magistrate Judge

July 27, 2020
Florence, South Carolina